UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUNTINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>SACRAMENTO COUNTY,<br><br>  Defendant. | Case No. 2:24-cv-00690-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 7 |

Plaintiff has filed a motion for extension of time to resolve the filing fee. ECF No. 7. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 7, is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a properly completed application to proceed *in forma pauperis*, with the required certification, or submit payment for the full filing fee of $405.00.

IT IS SO ORDERED.

Dated:   June 6, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1