UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUNTINGTON,<br><br>      Plaintiff,<br><br>   v.<br><br>SACRAMENTO COUNTY,<br><br>      Defendant. | No. 2:24-cv-00690-DAD-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 14) |

Plaintiff Michael Huntington is a county jail inmate proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 18, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute, failure to comply with court orders, and failure to state a claim. (Doc. No. 14.) Specifically, the magistrate judge noted that on January 14, 2025, the court screened plaintiff's complaint and dismissed it for failure to state a claim upon which relief may be granted and also granted plaintiff thirty days in which to file an amended complaint to attempt to cure the noted pleading deficiencies. (*Id.* at 1; Doc. No. 12.) Plaintiff was warned that his failure to do so may result in a recommendation that this action be dismissed. (Doc. No. 12 at 3.) On February 28,

1

2025, observing that plaintiff failed to file an amended complaint or otherwise respond to the court's order, the magistrate judge ordered plaintiff to show cause why this action should not be dismissed and *sua sponte* granted plaintiff an additional twenty-one days in which to file an amended complaint. (Doc. No. 13.) Plaintiff did not respond to the court's order or file an amended complaint.

The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 14 at 3.) To date, no objections have been filed, and the time in which to do so has passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on March 18, 2025 (Doc. No. 14) are ADOPTED in full;

2. This action is DISMISSED without prejudice for failure to prosecute, failure to comply with court orders, and failure to state a claim; and

3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  **June 30, 2025**                              /s/ Dale A. Drozd
                                                           DALE A. DROZD
                                                           UNITED STATES DISTRICT JUDGE

---

[1] The court observes that service copies of the court's orders appear to have been returned to the court marked as "undeliverable." (Doc. Nos. 12, 13, 14.) Plaintiff has been directed to file a notice of his change of address three times: by March 10, 2025, by April 17, 2025, and by May 5, 2025. No such notice has been received by the court. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective. It is the plaintiff's responsibility to keep the court apprised of his current address at all times.